OLIVIT BROTHERS, A CORPORATION, RESPONDENT, v. THE PENNSYLVANIA RAILROAD COMPANY, APPELLANT.

Submitted December 11, 1916—Decided March 5, 1917.

On appeal from the Supreme Court.

For the appellant, *Vredenburgh, Wall & Carey (John A. Hartpence* on the brief).

For the respondent, *Queen & Stout.*

PER CURIAM.

The questions raised on this appeal are determined, in effect, by the principles laid down by this court in *Carr* v. *Pennsylvania Railroad Co.,* 88 *N. J. L.* 235.

The judgment below will be affirmed, with costs.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, BLACK, WHITE, HEPPENHEIMER, WILLIAMS, GARDNER, JJ. 14.